# United States District Court
## District of Massachusetts

| | | |
|---|---|---|
| JOSE FRATICELLI, | ) | |
| Plaintiff | ) | ORDER ON APPLICATION |
| | ) | TO PROCEED WITHOUT |
| v. | ) | PREPAYMENT OF FEES |
| | ) | |
| MICHAEL J. ASHE, JR., et al., | ) | |
| Defendants | ) | Civil Action No. |

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS SO ORDERED that the application is:

☒ GRANTED.

    ☒ The clerk is directed to file the complaint.

    ☒ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

ENTERED on   November 20, 2003  .

                                     /s/ Kenneth P. Neiman
                                     KENNETH P. NEIMAN
                                     U.S. District Judge