United States District Court
District of Massachusetts

Jose Fraticelli - *On behalf of himself*
*PLAINTIFF*

Civil Action no. _____

03 - 30280 - KPN

Vs.

Michael J. Ash. Jr. - *Sheriff for the County of Hampden;*
LT. Juan Ramos - LT. for the Hampden County Jail & House of Correction gang task Force.
*DEFENDANT*

*INTRODUCTION*

This is a Civil Complaint action for declaratory and injunctive relief and monetary damages brought by the Plaintiff, Jose Fraticelli who challenges the discriminating accusations of Lieutenant Juan Ramos by labeling the Plaintiff as a "NETA" gang member without Evidence to show cause, done maliciously to injure and defamate the Plaintiff's character all in violation of federal and State laws.

Plaintiff allege violations of his Rights as secured by the United States and of rights secured by the Constitution and Laws of the Commonwealth of Massachusetts. [1st, 5th, 8th and 14th Amendment to the United States Constitution; 42 U.S.C. § 1983; Massachusetts Civil Rights Act, M.G.L. c. 12 § 11(I), 11(J); M.G.L. 93 § 102; Article 1, 10, & 12 of the Declaration of Rights of the Massachusetts Constitution.]

\* JURISDICTION \*

This Court has jurisdiction over the Plaintiff's claims of violations of federal Constitutional rights 42 U.S.C. § 1351(a). The Court has supplemental jurisdiction over the Plaintiff's state law tort claims Under 28 U.S.C. § 1367.

1. The Plaintiff, Jose Fraticelli (Hereinafter Fraticelli) is a Citizen of the United States who resides within the Commonwealth of Massachusetts, in the County of Hampden, Town of Ludlow, and is Currently a prisoner at the Hampden County House of Correction, at 629 Randall Rd. Ludlow, 01056.

2. The Defendant, Michael J. Ashe, Jr. ("Sheriff") is the Sheriff for the Hampden County, (MASSACHUSETTS) who has primary custody and control over the Hampden County Jail and House of Correction ("H.C.H.O.C") and who has an ongoing responsibility for the facilities daily operations and pursuant to M.G.L.C. 136 § 16, the "Sheriff" is responsible for the Custody and Control of all prisoners Committed to the ("H.C.H.O.C."). His business address is 627 Randall Rd. Ludlow, MA. 01056. He is being sued in both his official and individual Capacity. At all times mentioned in this Civil Complaint Defendant "Sheriff," acted under Color of law.

3. Defendant Lt. Juan Ramos ("RAMOS") is a Lieutenant for the Hampden County Jail and House of Correction and is under the direct supervision of the "Sheriff" and is the assigned officer to conduct all gang related investigation(s) and authorizes all gang member labeling in the "H.C.H.o.C.". His business address is 627 Randall Rd. Ludlow, MA. 01056. He is being sued in both his official and individual capacity. At all times mentioned herein (this complaint) the defendant ("Ramos") acted under color of Law.

## *Facts*

4. On 9-12-03, I ("FRATICELLI") submitted a request to speak with the defendant ("SHERIFF") in regards to the defendant ("RAMOS") and his continuous/ongoing discriminating accusations and violations of C.M.R.'s and Constitutional Rights, State & Federal. Request was denied.

5. On 9-20-03, I petition ("FRATICELLI") to speak with the defendant ("SHERIFF") and my request was DENIED AGAIN.

6. On 9-4-03, the defendant ("Ramos") labeled the ("Plaintiff") ("Fraticelli") in the institutional computer as a "Neta" gang member. The Plaintiff ("Fraticelli") petitioned an investigation in regards to the "FALSE" allegations, and request was denied per defendant ("Ramos").

7. On 9-6-03, the plaintiff ("Fraticelli") grievanced the decision taken by the defendant ("Ramos") on 9-4-03, and grievance was denied per defendant ("Ramos").

## Claim for relief

1. The Actions of the Defendant "SHERIFF" Michael J. Ashe, Jr. in denying ("Fraticelli") an opportunity to address the false allegations Furnished by his officer, ("Ramos") Constituted Cruel and unusual punishment in Violation of the Eighth amendment to the United States Constitution.

2. The actions of the Defendant LT. Juan Ramos, by labeling the Plaintiff ("Fraticelli") as a "Neta" gang member, done illegally and maliciously Constituted a Violation to the 1st, 6th, and 17th Amendment to the United States Constitution.

## Relief Requested

WHEREFORE, the Plaintiff "Fraticelli" prays this Court;

A. Issue a declaratory Judgement stating that;

1. The Actions of the Defendants "SHERIFF" Michael J. Ashe, JR. and LT. Juan Ramos by denying the Plaintiff an opportunity to address a serious/discriminating, false allegation, and by labeling the Plaintiff as a "NETA" gang member, falsely done and maliciously & sadistically constituted unusual Punishment in violation of the 1st, 6th, and 12th Amendment to the United States Constitution.

WHEREFORE, Plaintiff "Fraticelli", demands judgement against both Defendants, "SHeriff" Michael J. Ashe, JR. and LT. Juan Ramos, on all Counts in the amount of $60,000.00, together with interest and cost and further grant such other relief as this Court deems just & proper.

Plaintiff ("Fraticelli") demands a Jury trial on all triable issues.

Plaintiff ("Fraticelli") reserves the right to amend this Complaint once, as a Matter of Course.

Respectfully Submitted
By _Jose Fraticelli_
José Fraticelli, PRO-SE
Randall Rd.
Ludlow, MA. 01056.

Dated and signed on this 11th day of November, 2003.