DISTRICT OF MASSACHUSETTS
UNITED STATES DISTRICT COURT
CIVIL ACTION NO. 02-30191-KPN

JOSE FRATICELLI
PLAINTIFF
V.
MICHAEL ASHE JR., SHERIFF OF HAMPDEN COUNTY,
AND LT. JUAN RAMOS
DEFENDANTS

### STATEMENT OF DEFENDANTS.

Pursuant to the Notice of Scheduling Conference, dated August 17, 2004, the defendants hereby propose the following Discovery Plan:

1. The parties will serve interrogatories and requests for production of documents no later than December 31, 2004.

3. The parties will serve notices of depositions and requests for admissions no later than February 28, 2005.

4. All depositions and other discovery will be completed no later than March 31, 2005.

5. Motions for Summary Judgment will be filed, if at all, by May 31, 2005.

6. Final Pretrial Conference, if necessary, shall be scheduled for June 30, 2005.

Edward J. McDonough, Jr. BBO331590
Attorney for the Defendant
Egan, Flanagan and Cohen, P.C.
67 Market Street P. O. 9035
Springfield, MA 01102-9035
(413) 737-0260

Dated: 9/24/04