DISTRICT OF MASSACHUSETTS
UNITED STATES DISTRICT COURT
CIVIL ACTION NO. 03-30063-MAP

JOSE FRATICELLI
PLAINTIFF
V.
MICHAEL ASHE, JR., SHERIFF OF HAMPDEN COUNTY
AND LT. JUAN RAMOS
DEFENDANTS

## DEFENDANT'S CERTIFICATION

Pursuant to the Notice of Scheduling Conference, dated August 17, 2004, defendants' counsel hereby affirms that he has conferred with the defendants regarding establishing a budget for the costs of conducting litigation and resolution through alternative dispute resolution procedures.

The Defendants By Their Attorney

Edward J. McDonough, Jr., Esq. BBO# 331590
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121

**CERTIFICATION**

I hereby certify that the defendants and their counsel have conferred as stated above.

Michael J. Ashe, Jr.

CERTIFICATE OF SERVICE

_____ certifies a true copy of the above document was served upon Jose Fraticelli, Hampden County Correctional Center, 627 Randall Road, Ludlow, MA 01056 by mail on 9/ 27 /04

2866-040128\77055.wpd