UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO. 03-30280-KPN

JOSE FRATICELLI
PLAINTIFF
V.
MICHAEL J. ASHE, JR. AND LT. JUAN RAMOS
DEFENDANTS

**DEFENDANTS' STATUS REPORT.**

Pursuant to the Court's request of September 30, 2004, the defendants report as follows:

1. The plaintiff was released from the Hampden County Correctional Center on August 21, 2004.

2. The plaintiff's address prior to his incarceration on December 5, 2001 was 50 Southampton Road, Westfield, Massachusetts.

3. The defendants have checked the records of the Hampden County Correctional Center and found that the plaintiff provided no address upon his release.

4. The defendants have checked with the Parole Office at the Hampden County Correctional Center and was told that the plaintiff was not paroled and therefore, they have no address for the plaintiff.

The Defendants
By Their Attorney
Edward J. McDonough, Jr., Esq.
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121
BBO# 331590

_____ certifies that copies of the foregoing document was mailed to Jose Fraticelli at his last known address, Hampden County Correctional Center, 627 Randall Road, Ludlow, MA *and* 50 Southampton Road, Westfield MA 01085 on 10/7/2004.
2866-040128\77368.wpd