UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO. 03-30280-KPN

JOSE FRATICELLI
PLAINTIFF
V.
MICHAEL J. ASHE, JR. AND LT. JUAN RAMOS
DEFENDANTS



**DEFENDANTS' SUPPLEMENTAL STATUS REPORT.**

Pursuant to the Court's request of September 30, 2004, the defendants report as follows:

1. At the time of the filing of Defendants' Status Report, defendants' counsel mail copies of the report to the address provided to the Hampden County Correctional Center at the time of his incarceration, 50 Southampton Road, Westfield, Massachusetts.

2. On October 12, 2004, defendants' counsel received a fax from Evelyn Torres providing a another address for Mr. Fraticelli, 258 Cannon Circle, Springfield, MA 01118. (See copy attached)

3. On October 12, 2004, copies of Statement of Defendants, Defendants' Certification, Defendants' Status Report and this document, were sent to the plaintiff at the address provided.

The Defendants

By Their Attorney
Edward J. McDonough, Jr., Esq.
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121
BBO# 331590

_____ certifies that copies of the foregoing document was mailed to Jose Fraticelli at his last known address, 258 Cannon Circle, Springfield, MA 01118 on 10/12/2004.

2866-040128\77980.wpd

10-11-004

Hola aquien pueda interesar LA presente es para Notificarles que Jose A Fraticelli No vive en esta direción yo tengo entendido que el vive en 258 Cannon Circle Sfield M.A. 01118 y los Tel son X 82-783-0886 0-364-6008 La señora que supuestamente el vive se llama Norma Carrion yo tengo esta información por que él es el padre de mi hija y desde que el salió de la carcel él se metió casa mi hija y se la llevo a vivir con él y su novia Rosi es que por favor de Investigar y de comunicarce con él

att
Evelyn Torres