⚬ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF  MASSACHUSETTS _____

| JOSE FRATICELLI | **NOTICE** |
|---|---|
| V. | |
| MICHAEL ASHE | CASE NUMBER:  03-30280-MAP |

| TYPE OF CASE: | | |
|---|---|---|
| : | **CIVIL** | **CRIMINAL** |

9  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, Massachusetts 01103 | DATE AND TIME |

| TYPE OF PROCEEDING |
|---|
| |
| INITIAL SCHEDULING CONFERENCE |

:  **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | **December 2, 2004 at 11:00 a.m.** | **December 6, 2004, at 9:30 a.m.** |

|  | WILLIAM RUANE |
|---|---|
|  | U.S. MAGISTRATE JUDGE OR CLERK OF COURT |
| November 22, 2004 | /s/ *Bethaney A. Healy* |
| DATE | (BY) DEPUTY CLERK |

TO:     ALL  COUNSEL OF RECORD