DISTRICT OF MASSACHUSETTS
UNITED STATES DISTRICT COURT
CIVIL ACTION NO. 03-30280-KPN

JOSE FRATICELLI
PLAINTIFF
V.
MICHAEL J. ASHE, JR. AND LT. JUAN RAMOS
DEFENDANTS

**CERTIFICATION PURSUANT TO LOCAL RULE 16.4**

Pursuant to the Notice of Scheduling Conference, dated November 2, 2004 counsel hereby affirms that he has conferred with the defendants regarding establishing a budget for the costs of conducting litigation and resolution through alternative dispute resolution procedures.

The Defendants
By their Attorney

Edward J. McDonough, Jr., Esq.
BBO# 331590
Egan, Flanagan and Cohen, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121

**CERTIFICATION**

I hereby certify that the defendants and their counsel have conferred as stated above.

Michael J. Ashe, Jr.

**CERTIFICATE OF SERVICE**

_____ certifies a true copy of the above document was served upon the plaintiff by first class mail to 258 Cannon Circle, Springfield, MA 01118 on 11/19/04.