# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

JOSE FRATICELLI

    Plaintiff(s)

        v.                       CIVIL ACTION NO. 3: 03-30280-MAP

MICHAEL J. ASHE., ET AL.,

    Defendant(s)

### JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant Michael J. Ashe, et al., against the plaintiff Jose Fraticelli, pursuant to the court's endorsed order entered this date, granting the defendant's motion to dismiss.

                                            TONY ANASTAS,
                                            CLERK OF COURT

Dated: January 31, 2005                 By /s/ Maurice G. Lindsay
                                                 Maurice G. Lindsay
                                                 Deputy Clerk

(Civil Judgment.wpd - 11/98)                                                 [jgm.]